FILED'10 AUG 11 10:42USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| WILLIAM FRANCIS LOPEZ, | ) | |
| | ) | Civil No. 09-1432-PA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK NOOTH, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

PANNER, District Judge.

Petitioner's Motion for Voluntary Dismissal (#17) is GRANTED. Accordingly, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Pending motions, if any, are DENIED AS MOOT.

DATED this  11  day of August, 2010.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT